UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Kenneth L. Morrell,

  Plaintiff

  v.

Las Vegas Metropolitan Police Department,

  Defendant

Case No.: 2:15-cv-01385-JAD-VCF

**Order Adopting Report and Recommendation [Doc. 4]**

Magistrate Judge Cam Ferenbach entered a report and recommendation on August 4, 2015, screening Morrell's claims and recommending that I deny Morrell's motion for return of property and dismiss this case for lack of jurisdiction. Doc. 4.

"[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Objections were due by August 18, 2015, and Morrell has not filed an objection. LR IB 3–2. Accordingly, and with good cause appearing,

It is hereby ORDERED that Magistrate Judge Ferenbach's Report and Recommendation **[Doc. 4]** is **ACCEPTED** and his findings and conclusions are adopted;

It is further ORDERED that plaintiff's Motion for Return of Property **[Doc. 2]** is **DENIED**;

It is further ORDERED that plaintiff's complaint is **DISMISSED** for lack of jurisdiction. The Clerk of Court is instructed to CLOSE THIS CASE.

DATED August 19, 2015.

_____
Jennifer A. Dorsey
United States District Judge